IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00233-WYD-MJW

MICHELLE VALDEZ,

    Plaintiff,

v.

MIDLAND FUNDING LLC,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 13), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney fees and costs except as specifically agreed in the settlement agreement.

Dated:  May 7, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge